IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEREK A. WAITHE, ) | |
| ) | |
|     Petitioner/Defendant, ) | |
| ) | |
| v. ) | Case No. 2004-cv-4015-JPG |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent/Plaintiff. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on Petitioner Derek Waithe's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Respondent and against Petitioner as to all of the claims in this case, which are hereby **DISMISSED with prejudice**. Petitioner's §2255 motion is therefore **DENIED**.

**DATE: July 20, 2005.**

                                                  NORBERT G. JAWORSKI, CLERK

                                                  By:s/Deborah Agans, Deputy Clerk

APPROVED:  /s/ J. Phil Gilbert
                    J. PHIL GILBERT
                    U.S. District Judge